# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Renee Swanson | **Civil No. 05-944 PAM/RLE** |
| Plaintiff | |
| | **ORDER** |
| v. | |
| Action Link LLC | |
| Defendant. | |

Pursuant to the Stipulation of Dismissal filed herein, and good cause appearing, **IT IS HEREBY ORDERED**, that this action be dismissed with prejudice, and without costs to either party.

Dated: March   28  , 2006          **BY THE COURT:**


                                                s/Paul A. Magnuson

                                                Paul A. Magnuson, Judge
                                                United States District Court